Harvey TAYLOR, petitioner, v. Thomas McCune SLICK, Executor of the Estate of Dorothy M. Ballantine, Deceased.

No. 99-760.

Supreme Court of the United States.

Jan. 10, 2000.

Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.